### 37926. JONES et al. v. MOODY et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED FEBRUARY 3, 1982.

*Tom J. Crosby,* for appellants.
*J. Thomas Whelchel,* for appellees.